IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALFRED THOMPSON | CIVIL ACTION |
|---|---|
| v. | NO. 20-3134 |
| CITY OF PHILADELPHIA et al | |

## ORDER

**AND NOW**, this 1st day of December, upon reviewing Defendant's Motion for Summary Judgment (ECF 33) and Plaintiff's response (ECF 34), as well as all submissions related thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment as to Counts III and V against Defendant City of Philadelphia is **DENIED**.

2. Defendant John P. Delaney is **DISMISSED** from the case pursuant to the agreement of parties.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 20\20-3134 Thompson v. City of Phila et al\20cv3134 Order re SJ.doc