IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALFRED THOMPSON | CIVIL ACTION |
|---|---|
| v. | NO. 20-3134 |
| CITY OF PHILADELPHIA et al | |

### ORDER

**AND NOW**, this 21st day of February, 2023, due to the Suggestion of Bankruptcy filed by Defendant Corizon Health, Inc, on February 14, 2023 (ECF 53), it is hereby **ORDERED**:

1. All proceedings are stayed until further Order of the Court;

2. The case shall be **TRANSFERRED** to the Civil Suspense File;

3. The Clerk of the Court shall mark this case closed for statistical purposes;

4. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket upon further order of the Court;

5. Counsel shall provide a written status report to the Court every sixty (60) days; and

6. The entry of this Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.