LAW OFFICES<br>
**O'CONNOR KIMBALL, LLP**<br>
TWO PENN CENTER PLAZA, SUITE 1100<br>
1500 JOHN F. KENNEDY BOULEVARD<br>
PHILADELPHIA, PA 19102<br>
(215) 564-0400<br>
FAX (215) 564-1973<br>
WEBSITE: www.oconnorkimball.com

THOMAS J. GREGORY
tgregory@okllp.com

NEW JERSEY OFFICE
51 HADDONFIELD ROAD, SUITE 330
CHERRY HILL, NJ 08002
(856) 663-9292
FAX (856) 663-6566

October 16, 2023

**VIA EMAIL:** Chambers_of_Judge_Michael_Baylson@paed.uscourts.gov
The Honorable Michael M. Baylson
United States District Court
601 Market Street
Philadelphia, PA 19106

Re: *Alfred Thompson v. Corizon Health, Inc.*
    U.S.D.C. for the Eastern District of PA 20-CV-3134-JD
    Our File No. 210-1947

Dear Judge Baylson:

I represent Corizon Health, Inc. and its individual employees in the above matter.

As Your Honor may recall, the above-referenced matter was stayed in accordance with Your Honor's Order of February 21, 2023 (DOC 54), said Order also directing Corizon to file periodic status reports as it pertains to its bankruptcy. As such, this is to advise Your Honor that Corizon's bankruptcy has not yet been discharged and is still pending. As such, it is respectfully requested that this matter remain in the Civil Suspense File.

Thank you for your consideration.

Respectfully yours,

O'CONNOR KIMBALL LLP

Thomas J. Gregory

TJG:amb
cc: Amanda Frazier, Courtroom Deputy (via email: Amanda_Frazier@paed.uscourts.gov)
    William T. Fox, Esquire (via email: wjf@billfoxlaw.com)
    Matthew Hubbard, Esquire (via email: matthew.hubbard@phila.gov)
    Kathryn Faris, Esquire (via email: kathryn.faris@phila.gov)
    Katie Cooper Davis, Esquire (via email: katie.davis@phila.gov)